UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. ) Mag. Judge Case No. 20-mj-2015
)
JEFFREY PAUL BARNARD, )
Defendant. )

## AFFIDAVIT IN SUPPORT OF ARREST

I, Joshua Loufik, Deputy US Marshal do hereby make oath before the Honorable Marianne B. Bowler, United States Magistrate Judge for the District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of my office, I am advised that there is presently outstanding a warrant of arrest for one Jeffrey Paul Barnard on a petition for revocation filed in the District of Maine charging the defendant with two violations of supervised release, and I do hereby make oath that this warrant of arrest is outstanding in said District on the basis of the information set out above. A copy of said warrant is attached.

NAME: Joshua Loufik

Title: Deputy U.S. Marshal

Agency: USMS

Subscribed and sworn to before me this 6th day of Jan, 2020.

Marianne B. Bowler
Magistrate Judge